IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KORI COLE, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>vs.<br><br>STEVEN MNUCHIN, *in his official capacity as United States Secretary of Treasury*, ELISABETH DEVOS, *in her official capacity as United States Secretary of Education*, UNITED STATES DEPARTMENT OF THE TREASURY, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 20-cv-1423 (TFH) |

**NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

Plaintiff Kori Cole, acting through counsel, hereby files this voluntary notice of dismissal without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

After this lawsuit was filed, Plaintiff Cole received a check returning her federal tax refund offset from the National Student Loan Program, a guaranty agency.

Dated: July 2, 2020

Respectfully submitted,

By: /s/ *Alice W. Yao*
Daniel A. Zibel (D.C. Bar No. 491377)
Eric Rothschild (D.C. Bar No. 1048877)
Alice W. Yao (D.C. Bar No. 493789)
National Student Legal Defense Network
1015 15th Street NW, Suite 600
Washington, DC 20005
(202) 734-7495
dan@defendstudents.org
eric@defendstudents.org
alice@defendstudents.org

Jeffrey B. Dubner (D.C. Bar No. 1013399)
Sean A. Lev (D.C. Bar No. 449936)
Democracy Forward Foundation
1333 H Street NW
Washington, DC 20005
(202) 448-9090
jdubner@democracyforward.org
slev@democracyforward.org

*Attorneys for Plaintiff and the Proposed Class*